UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILBERT SIMMS<br>3301 C Street, N.W.<br>Washington, DC 20019<br><br>   Plaintiff,<br><br>  v.<br><br>DISTRICT OF COLUMBIA<br>441 4th Street, N.W.<br>Washington, DC 20001<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant District of Columbia removes to this Honorable Court the above action from the Superior Court of the District of Columbia (C.A. No. 05-7619), filed on September 19, 2005.

Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties. See 28 U.S.C. § 1441(b). In paragraphs 14 through 20, the Complaint raises a federal question by asserting federal constitutional claims under 42 U.S.C. § 1983.

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

                Respectfully submitted,

                ROBERT J. SPAGNOLETTI
                Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General, Civil Litigation Division

/s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III


/s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing notice of removal was mailed, postage prepaid, this   19th   day of October, 2005, to:

Samuel Shapiro
200-A Monroe Street, #233
Rockville, MD 20850
*Attorney for Plaintiff*


/s/
CARL J. SCHIFFERLE
Assistant Attorney General

2