UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILBERT SIMMS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 1:05-2057 (RJL) |
| | ) | |
| DISTRICT OF COLUMBIA | ) | |
| | ) | |
| Defendant | ) | |

**CONSENT MOTION TO DISMISS COUNTS II
AND III WITH PREJUDICE AND TO REMAND COUNT I
TO THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

COMES NOW the plaintiff, Wilbert Simms, by and through his attorney, Samuel M. Shapiro, and with the consent of the defendant, District of Columbia, moves to dismiss Counts II and III pertaining to negligent care and treatment and violation of civil rights, with prejudice.

Because this complaint was removed from the Superior Court of the District of Columbia on October 29, 2005, Count I for negligence should be remanded to the Superior Court of the District of Columbia as Civil Action No. 05-0007619.

WHEREFORE, the plaintiff, Wilbert Simms, with the consent of the District of Columbia prays:

1. That Counts II and III be dismissed with prejudice.

2. That Count I be remanded to the Superior Court of the District of Columbia as Civil Action No. 05-0007619.

3. For such other relief as this Court may deem proper.

        Respectfully submitted,

        SAMUEL M. SHAPIRO, P.A.

        _____

        Samuel M. Shapiro
        200-A Monroe Street, #233
        Rockville, MD 20850
        (301) 340-1333
        Attorney for Plaintiff