UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILBERT SIMMS ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:05-2057 (RJL) |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| ) | |
|     Defendant ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO DISMISS COUNTS II AND III WITH PREJUDICE AND TO REMAND COUNT I TO THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

1. Fed. R. Civ. P. 41 (a)(2).

2. 28 U.S.C. § 1447 (c)

3. The inherent powers of this Court.

Respectfully submitted,

SAMUEL M. SHAPIRO, P.A.

_____
Samuel M. Shapiro
200-A Monroe Street, #233
Rockville, MD 20850
(301) 340-1333
Attorney for Plaintiff