UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILBERT SIMMS                    )
                                 )
                    Plaintiff    )
                                 )
        v.                       )        Case No. 1:05-2057 (RJL)
                                 )
DISTRICT OF COLUMBIA             )
                                 )
                    Defendant    )

**O R D E R**

Upon consideration of the plaintiff's consent motion to dismiss Counts II and III with

prejudice and to remand Count I to the Superior Court of the District of Columbia, it is hereby

this _____ day of _____, 2005

**ORDERED** that Counts II and III of plaintiff's complaint is hereby DISMISSED WITH

PREJUDICE; and it is

**FURTHER ORDERED** that Count I of plaintiff's complaint is remanded to the Superior

Court of the District  of Columbia as Civil Action No. 05-0007619.

_____
Richard J. Leon, Judge
United States District Court for the
District of Columbia